UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 24-CR-670 (LJL)
:
CARLISLE RIVERA and JONATHAN LOADHOLT, : ORDER
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that Defendant Rivera intends to change his previously entered plea to that of guilty to a superseding information during the hearing scheduled for tomorrow. The Government and Defendant Loadholt are directed to meet and confer regarding whether either party wishes oral argument on Loadholt's motion challenging venue. Parties are directed to notify the Court by 6:00PM today, October 16, 2025.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge