# Exhibit A

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Judge,

My name is Margarita Vega and I am the mother of Carlisle's son, Carlisle Junior. I know Carlisle for approximately 12 years. Carlisle and I resided together for 10 years. For the 10 years that we resided together, since I had given birth to our son CJ, Carlisle has been the very best father I have seen or known. He was always present for his son and his family. He has always provided for CJ without fail. Carlisle has always spent quality time with CJ. Upon giving birth to CJ, Carlisle fell immediately in love with his son. The two were inseparable. Carlisle takes great pride in fathering his baby boy. As CJ started school Carlisle would pick him up everyday after work, read to him, do math, spelling words, and then take some time to go to the park to play some ball and/or wrestle with him during our evenings. Once, they built a mini motor bike together. It was a Christmas present for CJ and he absolutely Loved it! All night long they worked on building that bike, and it still didn't run! Overall CJ had the best time with his dad trying to get it together. He cherished the quality time they spent together.

Your honor, I say all this to you to say that Carlisle is a good man and has a great heart. He is not only a good father to his son but is also a great father figure to many of my friends kids. They all love and miss his presence every day. In addition, Carlisle has always had great people skills, and was always a hardworking man who supported our family and was always punctual at work. His work ethics were unmatched in his field of work; Fire suppression.

In essence your honor, please consider your leniency while you are deciding what is an appropriate sentence for Carlisle. Thank you for your time and consideration.

Sincerely,

Margarita Vega

*Margarita Vega*

Dear Judge,

My name is Carlisle Rivera and I am 10 years old. I am writing this letter for you to be kind to my Daddy. My dad is a good person because he used to spend a lot of time with me. He used to pick me up from school everyday. He always did homework with me everyday and took me to the park. I miss him everyday. I want him to come home and spend time with me again. Please give him a chance to be better. My life has not been the same without my daddy here. I pray every night he comes home soon. Please make my dream come true.

Thank you

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Judge,

My name is Seidy Santiago, and I am writing this letter to express my sincere support for Carlisle Rivera. I know Carlise for the past two years. He has a relationship with my mother, Nancy Gomez. He has been an incredible father figure in my life in such a short amount of time. He has taken the role of a grandfather to my 2 year old daughter Sevyn. She knows him as Papa. He has been the only devoted male influence in her life. He is her grandfather and loves him dearly. Their bond is strong and genuine; she asks for him often, looks forward to spending time with him, and finds comfort and joy in his presence. The love and attention he shows her are filled with kindness and care, and it's clear how much he truly cherishes her.

Throughout my personal struggles and growth, Carlisle has been a steady source of encouragement, wisdom, and support. He has guided me with patience and understanding, always motivating me to make positive choices and continue striving to become the best version of myself. Carlisle has been a positive and consistent influence in both of our lives and he continues to be as we communicate. He leads with integrity, compassion, and a calm strength that inspires everyone around him. I am deeply grateful for the love, stability, and guidance he has brought into our family.

With this letter I kindly ask that you please be lenient in his sentencing and please consider my words about the kind of man Carlisle truly is. He has made a lasting, positive impact on me and my daughter's lives, and we miss his presence every day.

Sincerely,

*Seidy A. Santiago*
Seidy Santiago

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

To whom may concern,

My name is Ana Torruella and I know Carlisle Rivera for approximately 12 years. I am a friend of the family and met him when he met his son's mother. Carlisle was a sweet, genuine man when I first met him. He was just very charming. He met my kids and he immediately attached to them. His heart is big. I have always been so grateful for him. He played a part of my kids life as a father that their own father never played. He often did a lot with my kids. He used to take them camping, to the pool and bike riding. He would often give them money and would take them over to his house so they can bond with his son. He did many things a father would do. He's always been there for them. I have never seen no wrong in Carlisle Rivera. He has a big heart even one time it was his birthday and he gave up his own fun so that I can borrow money from him. He's a wonderful man with a great personality and a good listener. His loyalty for his family and his friends have always been his best attributes. My kids love him so much. They miss him very much and I pray that he will be home to be back with his family because in our eyes he is family. I please ask that you show leniency towards his sentence.

Sincerely,

*Ana Torruella*

Ana Torruella

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Liman,

    My name is Elaine Rosa and I am Carlisle Rivera's stepdaughter. I know Carlisle Rivera for 5 years and the past 2 years he has been in a loving relationship with my Mom (Nancy Gomez). I have never been one to easily allow anyone into my life, however, Carlisle, worked his way to my heart with ease. The love and dedication he often showed towards his family, his son, my mom, has always allowed me to accept him with ease. In the short time I've known him, he has been a committed and loyal man. He is someone who is trustworthy in our lives. I miss his presence in our home every day.

    I please ask that you be considerate and show leniency in your decision. He has a wedding and the rest of his life to plan with my mom and I very much look forward to it.

    Thank you.

Sincerely,

*Elaine Rosa*

Elaine Rosa

Hon. Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Liman,

    My name is Nancy Gomez and I am Carlisle Rivera's fiancé. I write this letter to describe the man I know for a little over 5 years. We have been in a relationship for 2 years. We resided together when he was incarcerated. During the development of our relationship, prior to his incarceration, I very quickly learned his loving and compassionate demeanor. He is a man who is committed and faithful to the people who he loves and cherishes. Very often, he checked on his elderly aunts with visits to make sure they were being taken care of. I quickly learned the intensity of love and passion he has for his son. He proudly displayed his fatherhood and consistently showed his commitment to his son. He picked him up every day after school and made sure to do homework with him every day. He would go every day after a hard works day to rush home in Brooklyn to then make it to Staten Island on time to pick up his son from school. I admire his dedication and love for his son. He is a hardworking and loving man. Most importantly, his son is his world. The commitment and dedication he has always displayed to me and our relationship and his family is admired and missed every day. He also showed a lot of love towards my 2 daughters. They are adults now but he somehow managed to work his way into their hearts. He is loved by a granddaughter who is now 2 years old. He's been in her life since she was born. She calls him "Papa". He is missed everyday by his family.

    I humbly ask that you be please be considerate in your decision of his sentencing and show leniency in your decision. Thank you.

Sincerely,

*Nancy Gomez*
Nancy Gomez