# Exhibit B

## Certificate of Excellence

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

Presented to:

### Carlisle Rivera
Reg. No. 90291-071



For your service as a Suicide Watch Companion, and your display of diligence and dedication, to the Suicide Watch Companion Program

and is hereby awarded this certificate, this 25th day of September 2025.

*K. Schlessin*
Dr. Schlessinger
Chief Psychologist







# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:
**Carlisle Rivera**
Reg. No. 90291-071

## has satisfactorily completed the

### Daily Mindfulness Workbook

and is hereby awarded this certificate, this 30th day of October, 2025.

Dr. Branco
Staff Psychologist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:
## Carlisle Rivera
Reg. No. 90291-071

## has satisfactorily completed the

### My Life Skills Workbook

and is hereby awarded this certificate, this 3rd day of November, 2025.

Dr. Branco
Staff Psychologist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:
## Carlisle Rivera
Reg. No. 90291-071

## has satisfactorily completed the

### Feelings Workbook

and is hereby awarded this certificate, this 16th day of October, 2025.

Dr. Branco
Staff Psychologist



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Rivera Carlisle*

Sentry Journal (Health Journal)

At MDC Brooklyn

This certificate is hereby issued this 21th day of February 2025

**B. Bonilla**

Recreation Specialist









